[No. 18673-3-III.  Division Three.  December 26, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. SABREE CHARLENE
GRISBY, *Appellant*.

Appeal from a judgment of the Superior Court for Benton
County, No. 98-1-00765-0, Craig J. Matheson, J., entered
August 20, 1999. *Affirmed* by unpublished opinion per
Sweeney, J., concurred in by Brown, A.C.J., and Schultheis,
J.

[No. 18798-5-III.  Division Three.  December 26, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. SHAWN PATRICK
MAHONEY, *Appellant*.

Appeal from a judgment of the Superior Court for Spo-
kane County, No. 98-1-01856-0, Salvatore F. Cozza, J.,
entered October 6, 1999. *Affirmed* by unpublished opinion
per Kurtz, C.J., concurred in by Brown and Kato, JJ.

[No. 19142-7-III.  Division Three.  December 26, 2000.]

MARTIN F. ROYS, *Appellant*, v. CUSTOM FRUIT PACKERS, INC.,
*Respondent*.

Appeal from a judgment of the Superior Court for Chelan
County, No. 98-2-00367-1, Lesley A. Allan, J., entered
February 11, 2000. *Affirmed* by unpublished opinion per
Kato, J., concurred in by Kurtz, C.J., and Brown, J.

[No. 18979-1-III.  Division Three.  December 26, 2000.]

CLAUDE A. HICKS, *Appellant*, v. THE CITY OF AIRWAY HEIGHTS,
*Respondent*.

Appeal from a judgment of the Superior Court for Spo-
kane County, No. 99-2-03606-3, Tari S. Eitzen, J., entered
November 19, 1999. *Affirmed* by unpublished opinion per
Schultheis, J., concurred in by Brown, A.C.J., and Sweeney,
J.